Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
ADAN J. JUAREZ GURROLA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAN J. JUAREZ GURROLA,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Defendant(s), | Case No.: 3:26-cv-00925-RSH-DEB<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Robert S. Huie |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff ADAN J. JUAREZ GURROLA ("Plaintiff") and PORTFOLIO RECOVERY ASSOCIATES, LLC, ("Defendant") have agreed to terms to settle claims herein, subject to the full execution of a confidential agreement.

Plaintiff intends to file a request for dismissal with prejudice as to all

Defendants within sixty (60) days or less. In light of the settlement, Plaintiff respectfully requests the Court vacate all future hearings and deadlines in this case.

Dated: February 24, 2026,

By: *s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Plaintiff