Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
ADAN J. JUAREZ GURROLA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAN J. JUAREZ GURROLA,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Defendant(s), | Case No.: 3:26-cv-00925-RSH-DEB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Robert S. Huie |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSELF OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff ADAN J. JUAREZ GURROLA ("Plaintiff") hereby voluntarily dismisses all claims against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC, and this entire action, with prejudice.

In support of said dismissal, Plaintiff avers as follows:

On February 12, 2026, Plaintiff filed the operative Complaint (ECF 1).

As of the date of this Notice, Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC, has not filed an answer nor a motion for summary judgment, nor a counterclaim.

On February 23, 2026, Plaintiff filed a Notice of Settlement, stating that Plaintiff and Defendant had agreed to terms to settle Plaintiff's herein, subject to the execution of a confidential agreement (ECF 3). The Parties have since fully resolved the Matter.

WHEREAS, Plaintiff now seeks to have all claims against Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC, and this Entire Action, dismissed with prejudice. The parties shall each bear their own fees and costs.

Dated: March 20, 2026, By: *s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Plaintiff